■ In the Matter of the Adoption of CURTIS B.W. BRYAN C.W. et al., Respondents; JENNY-BETH L., Appellant. (Appeal No. 2.) [803 NYS2d 494]—Appeal from an order of the Family Court, Jefferson County (Richard V. Hunt, J.), entered March 10, 2004 in an adoption proceeding. The order adjudged the child to have been abandoned by respondent and dispensed with her consent to the adoption of her child.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Matter of Jenny-Beth L. v Bryan C.W.* (23 AD3d 1069 [2005]). Present—Hurlbutt, J.P., Scudder, Gorski, Smith and Lawton, JJ.

■ In the Matter of AMANDA M.M., Appellant. ROBERT J.F., Respondent. (Appeal No. 1.) [803 NYS2d 500]—Appeal from an order of the Family Court, Niagara County (John F. Batt, J.), entered June 30, 2004 in a proceeding pursuant to Family Court Act article 7. The order adjourned the proceeding in contemplation of dismissal upon condition that respondent comply with the terms and conditions of her placement with the New York State Office of Children and Family Services.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs as moot (*see Matter of Tanya B.*, 127 AD2d 1011 [1987], *lv denied* 70 NY2d 612 [1987]). Present—Hurlbutt, J.P., Scudder, Gorski, Smith and Lawton, JJ.

■ In the Matter of FRANKIE T., Appellant. MONROE COUNTY ATTORNEY, Respondent. [803 NYS2d 501]—Appeal from an order of the Family Court, Monroe County (Joan S. Kohout, J.), entered June 2, 2004 in a proceeding pursuant to Family Court Act article 3. The order adjudged respondent to be a juvenile delinquent and placed him in the custody of the New York State Office of Children and Family Services for a period of 12 months for placement in a limited secure facility.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs as moot (*see Matter of Alex N.*, 255 AD2d 626, 627 [1998]). Present—Hurlbutt, J.P., Scudder, Gorski, Smith and Lawton, JJ.